[No. 11871–4–I.  Division One.  August 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
GILBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 82–8–00073–1, Harry A. Follman, J., entered

June 11, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.